IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR396 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLISSA DOUGI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss the petition for warrant or summons for offender under supervision (Filing No. 90). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted. The petition for warrant or summons for offender under supervision (Filing No. 71) is dismissed.

2) Defendant shall remain on supervised release until November 23, 2018.

DATED this 11th day of April, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court